IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, as Subrogee of GDB International, Inc., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Cause No. 07-407-GPM |
| TKT, INC., d/b/a NORRENBERNS TRUCK SERVICE, | ) ) ) ) |
| Defendant. | ) |

# AMENDED JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, District Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff and against Defendant in the amount of $424,230.03.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded pre-judgment interest at a rate of 7.72% and post-judgment interest at the rate of 4.98%.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded attorney's fees in the amount of $37,417.50 and non-taxable costs in the amount of $2,952.63 pursuant to the parties' contract.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded taxable costs in the amount of $405.00.

**DATED**: 8/11/08

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. McGovern
      Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                G. Patrick Murphy
                United States District Judge